IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOHN WILLIAM KADERLY, JR., | § | |
| Petitioner, | § | |
| | § | |
| v. | § | C.A. NO. C-07-233 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| Respondent. | § | |

## ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

This is a petition for writ of habeas corpus filed by a prisoner. Pending is petitioner's motion to proceed *in forma pauperis*. (D.E. 2). In support of this motion, he also filed a copy of his inmate trust fund account statement, which reflects a balance of zero. Id. at 3.

Accordingly, petitioner's motion to proceed *in forma pauperis*, (D.E. 2), is hereby GRANTED.

ORDERED this 30th day of May 2007.

_____
BRIAN L. OWSLEY
UNITED STATES MAGISTRATE JUDGE